# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| FRANCISCO SAO,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MIKE OBENLAND,<br><br>　　　　　　Respondent. | CASE NO. C13-5960 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)　The Court adopts the Report and Recommendation, petitioner's motion to proceed in forma pauperis is denied.

(2)　The Clerk shall file the petition only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

(3).　The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 22nd day of January, 2014.

　　　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1