UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANCISCO SAO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MIKE OBENLAND.<br><br>　　　　　　Respondent. | CASE NO. C13-5960 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)　The Court adopts the Report and Recommendation;

(2)　This petition is dismissed for the reasons stated in the Report and Recommendation. No certificate of appealability will be issued.

(3)　The Clerk's Office is directed to send petitioner a copy of this order.

DATED this 26th day of September, 2014.

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1